SUPREME COURT OF NEW JERSEY
M-359 September Term 2015
076785

IN THE MATTER OF            :

GORDON A. WASHINGTON,       :           O R D E R

AN ATTORNEY AT LAW          :           10MC155-PGS

(Attorney No. 033671985)    :

FILED
DEC 10 2015

    This matter having been duly presented pursuant to Rule 1:20-11(e), on the petition filed by **GORDON A. WASHINGTON**, formerly of **ENGELWOOD**, who was admitted to the bar of this State in 1985, and was temporarily suspended from the practice of law by consent by Order of this Court filed May 26, 2010, to be reinstated to the practice of law;

    And the Office of Attorney Ethics having interposed no objection to the relief sought;

    And good cause appearing;

    It is ORDERED that the petition is granted, and **GORDON A. WASHINGTON** is reinstated to the practice of law, effective immediately.

    WITNESS, the Honorable Stuart Rabner, Chief Justice, at Trenton, this 9th day of December, 2015.

CLERK OF THE SUPREME COURT

The foregoing is a true copy
of the original on file in my office.

CLERK OF THE SUPREME COURT
OF NEW JERSEY